IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MALCOLM HOLCOMBE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | CIV. A. NO. 4-17-cv-00522-ALM |
| | § | |
| | § | JURY DEMANDED |
| ADVANCED INTEGRATION | § | |
| TECHNOLOGY and ADVANCED | § | |
| INTEGRATED TOOLING | § | |
| SOLUTIONS, LLC, | § | |
| | § | |
| *Defendant*s. | § | |
| | § | |

**PLAINTIFF'S OJBECTIONS TO DEFENDANTS'
FEDERAL RULE 26(a)(3) PRETRIAL DISCLOSURES**

TO THE HONORABLE AMOS L. MAZZANT:

In accordance with the Court's trial setting order (Doc. No. 26), Plaintiff Malcolm Holcombe makes the following objections to Defendants Advanced Integration Technology's and Advanced Integrated Tooling Solutions, LLC's disclosures under Federal Rule of Civil Procedure 26(a)(3)(A).

**1.      Objections under Federal Rule 32(a) to Defendant's Pretrial Deposition Designations**

The parties recently filed an *Agreed Motion for Order Granting Consolidated Objections and Counter-Designations to Video Designations* (Dckt. 69). This follows the Court granting Plaintiff's *Unopposed Motion to Extend Deadlines for Video Deposition Designations* (Dckt. 60, 65). Under that order, Plaintiff will file deposition designations for the remaining depositions to be taken within three days after receipt of the Ptacek despoition transcript. According to the

parties' agreement, Defendants will file a consolidated document containing Defendants' objections to Plaintiff's designations and its own counter-designations. Plaintiff therefore anticipates that he may need to file additional objections to the counter-designated deposition excerpts. For now, Plaintiff objects to the following portions of Defendants' currently designated deposition testimony.

Geiser, Sarah (Apr. 17, 2018):

- 93:17-25, 94:1-6 – FRE 801-802 (hearsay); FRE 1002; violation of FRCP 26(a)(1) and Court's scheduling.

Moreno Melton, Erica (Oct. 22, 2018):

- 86:12-23 – FRE 401-403; FRE 602.

Steinmetz, Richard (Apr. 18, 2018):

- 49:7-18 – FRE 401-403

Wellham, Michael (Oct. 23, 2018):

- 33:11-14, 33:17-19 – FRE 801-802.

**2.     Objections to the Admissibility of Documents and Exhibits that Defendant Intends to Use at Trial**

|   | **Document/Exhibit** | **Identifier** | **Objection(s)** |
|---|---|---|---|
| 1. | Offer Letter dated August 5, 2013 to Plaintiff | AIT000016-17 | |
| 2. | Resumes of Malcolm G. Holcombe | Holcombe 000202-03; 000375-377 | |
| 3. | Memorandum dated February 25, 2016 from Karl Williams | AIT000134 | |

|     | Document/Exhibit | Identifier | Objection(s) |
| --- | --- | --- | --- |
| 4.  | Staffing and Cost Review | AIT000483-502, AIT000429-461 | FRE 901-902 |
| 5.  | March, 2016 Hourly RIF emails | Holcombe 000382-437 | FRE 801-802 |
| 6.  | Email dated March 31. 2016 from Sarah Geiser | AIT000128-29 | |
| 7.  | Memorandum dated April 7,2016 from Michael Wellham | AIT000133 | FRE 801-802 |
| 8.  | AIT Corporate Organizational Structure — April 2016 | AIT000063-72 | |
| 9.  | April 2016 Organizational Charts | A17000401-415 | |
| 10. | Email dated May 5. 2016 from Sarah Geiser | Holcombe 000198 | |
| 11. | AIT Michigan Organizational Structure — May 2016 | AIT000053-62 | |
| 12. | Resume of William Pallante | AIT000233-236 | |
| 13. | Pallante Employment Application dated April 8. 2016 | AIT000236-237 | |
| 14. | Pallante Offer Letter dated April 6. 2016 | AIT000222-224 | |
| 15. | Email dated May 9. 2016 from Sarah Geiser | Holcombe000007 | FRE 801-802 |
| 16. | Controller Applicants, Resumes and Notes From May and June, 2016 | AIT000314-387 | FRE 401-403; FRE 602; FRE 901-902 |
| 17. | Labor Costs and Financial Data Review Dec. 2015 to April 2016 | AIT000675-682 | FRE 901-902 |
| 18. | Employee Spreadsheet | AIT000464-467 | FRE 801-802 |
| 19. | Employee Spreadsheet | AIT000468-469 | FRE 801-802 |
| 20. | Employee Spreadsheet | AIT000470-474 | FRE 801-802 |
| 21. | W. Pallante Email to M. Ptacek, L. Weiner dated June 28, 2016 | AIT000388 | |

|     | Document/Exhibit | Identifier | Objection(s) |
| --- | --- | --- | --- |
| 22. | Steinmetz Subcontract Employment Agreement dated July 2, 2016 | AIT00043 | |
| 23. | Resume of Richard W. Steinmetz | AIT000205-06 | |
| 24. | Geiser Memo re Steinmetz dated July 8, 2016 | Holcombe000043 | |
| 25. | Email dated April 18, 2016 from Karl Williams | AIT001981-85 | FRE 401-403; FRE 801-802 |
| 26. | Division Controller Job Description | Holcombe 000071-72 | FRE 901-902 |
| 27. | Michael Wellham Email dated August 3, 2016 to K. Williams enclosing copy of wage review | AIT000117-118 | FRE 801-802 |
| 28. | Termination Letter dated August 12, 2016 to Plaintiff | AIT000013 | FRE 801-802 |
| 29. | A1T Michigan Organizational Structure — August 2016 | A1T000073 | |
| 30. | Plaintiffs Email to E. Moreno dated August 13, 2016 | AIT000120 | |
| 31. | Glenn Dobbs Offer Letter dated March 6, 2015 | AIT001313-1315 | |
| 32. | Glenn Dobbs Resume | AIT001323-1325 | FRE 801-802; FRE 901-902 |
| 33. | Clint Peacock Job Application dated March 16, 2010 | AIT000904-905 | |
| 34. | Tom Mann Offer Letter dated July 21, 2014 | AIT000954-956 | |
| 35. | Christopher Stemmer Resume | AIT000738-739 | FRE 801-802; FRE 901-902 |
| 36. | AIT Michigan Employee Manual | AIT000074, AIT000088-89 | |
| 37. | Email dated April 13, 2015 from Ed Chalupa | AIT001986 | FRE 401-403; FRE 801-802 |
| 38. | AIT Organizational Charts 2013, 2014, 2016 | AIT000475-482 | |
| 39. | June 11, 2018 Durham Report | | FRE 702-705; FRE 801-802; objection b/c witness is available for live testimony; FRCP 26(a)(2); |

|  | **Document/Exhibit** | **Identifier** | **Objection(s)** |
|---|---|---|---|
|  |  |  | inadmissible expert report. |
| 40. | reserved/left blank |  |  |
| 41. | reserved/left blank |  |  |
| 42. | reserved/left blank |  |  |
| 43. | reserved/left blank |  |  |
| 44. | reserved/left blank |  |  |
| 45. | reserved/left blank |  |  |
| 46. | reserved/left blank |  |  |
| 47. | reserved/left blank |  |  |
| 48. | reserved/left blank |  |  |
| 49. | reserved/left blank |  |  |
| 50. | reserved/left blank |  |  |
| 51. | reserved/left blank |  |  |
| 52. | reserved/left blank |  |  |
| 53. | reserved/left blank |  |  |
| 54. | reserved/left blank |  |  |
| 55. | reserved/left blank |  |  |
| 56. | reserved/left blank |  |  |
| 57. | reserved/left blank |  |  |
| 58. | reserved/left blank |  |  |

|     | Document/Exhibit  | Identifier | Objection(s) |
| --- | ----------------- | ---------- | ------------ |
| 59. | reserved/left blank |          |              |
| 60. | reserved/left blank |          |              |

**3.     Objections to Witnesses Who Defendant Intends to or May Call as Witnesses**

Defendants have not yet disclosed the subject-areas about which its expected and potential witnesses will or may testify. Plaintiff's counsel deposed each of Defendants' designated witnesses (other than the unnamed record custodian). That testimony contains portions that are objectionable as irrelevant (Fed. R. Evid. 402-403), as containing hearsay (Fed. R. Evid. 801-802), and/or lacking in foundation (Fed. R. Evid. 602). Plaintiff therefore reserves any objections as to the use of listed witnesses' testimony until such time as Defendants have disclosed the topics about which an individual will or may testify.

Dated: November 16, 2018

Respectfully submitted,

GILLESPIE SANFORD LLP

4925 Greenville Ave., Suite 200
Dallas, Texas 75206
Tel:   214.800.5112
Fax:   214.838.0001

By: */s/ James D. Sanford*
    Hal K. Gillespie
    *Attorney-in-Charge*
    Texas Bar No. 07925500
    Email: hkg@gillespiesanford.com
    James D. Sanford
    Texas Bar No. 24051289
    Email: jim@gillespiesanford.com

ATTORNEYS FOR PLAINTIFF
MALCOLM HOLCOMBE

## CERTIFICATE OF SERVICE

 The undersigned certifies that he caused a true and correct copy of this document to be forwarded today, November 16, 2018 via the Court's ECF system to:

Mike Birrer
CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP,
901 Main Street, Suite 5500
Dallas, TX 75202

 and

Russell S. Linden
HONIGMAN MILLER SCHWARTZ AND COHN LLP
39400 Woodward Ave., Ste. 101
Bloomfield Hills, MI 48304.

                /s/ James D. Sanford